# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) EVANSTON INSURANCE COMPANY,** an Illinois corporation, as successor by merger to Alterra Excess & Surplus Lines Insurance Company f/k/a Max Specialty Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>**(1) EAGLE CONTRACTING, LLC,** an Oklahoma limited liability company;<br>**(2) VIC MAYA,** an individual;<br>**(3) A&S ROOFING, LLC**, an Oklahoma limited liability company;<br>**(4) OKLAHOMA PROPERTY INVESTORS**, LLC, an Oklahoma limited liability company;<br>**(5) OKLAHOMA PROPERTY INVESTORS II, LLC**, an Oklahoma limited liability company,<br>**(6) OKLAHOMA PROPERTY INVESTORS III, LLC,** an Oklahoma limited liability company; and<br>**(7) JASON P. LAKIN**, an individual,<br><br>Defendants. | Case No. CIV-18-781-SLP |

## ORDER GRANTING JOINT MOTION TO
## STRIKE PRETRIAL DEADLINES AND CONTINUE TRIAL

Before the court for consideration is the "Joint Motion to Strike Pretrial Deadlines and Continue Trial" [Doc. 48] filed by the parties in this case. Upon good cause shown, the court hereby grants that motion and strikes the pretrial deadlines as requested by the parties and continues the present trial setting August 2019 pending the disposition of Evanston Insurance Company's motion for summary judgment.

**IT IS SO ORDERED** this 18th day of June, 2019.

*[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE